**Kolawale ADELABU, Petitioner—Appellant,**

**v.**

**Alberto R. GONZALES; \* et al., Respondents—Appellees.**

**Kolawale Adelabu, Petitioner—Appellant,**

**v.**

**Alberto R. Gonzales, Attorney General, Respondent—Appellee.**

**Nos. 01–57011, 02–55468.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 9, 2006.\*\*

Filed Jan. 17, 2006.

---

\* The court sua sponte changes the docket to reflect that Alberto R. Gonzales, Attorney General, is the proper respondent.

\*\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: HUG, O'SCANNLAIN, and SILVERMAN, Circuit Judges.

MEMORANDUM ***

Kolawale Adelabu appeals pro se from the district court's judgments denying three 28 U.S.C. § 2241 habeas petitions.

To the extent Adelabu challenges his detention, we dismiss the appeals as moot because Adelabu was removed to Nigeria on September 24, 2003. *See Picrin–Peron v. Rison*, 930 F.2d 773, 775 (9th Cir.1991).

To the extent Adelabu challenges his removal proceedings, we construe Adelabu's § 2241 petitions as petitions for review. *See* 8 U.S.C. § 1252(a)(5); *Alvarez–Barajas v. Gonzales*, 418 F.3d 1050 (9th Cir.2005). Because the Board of Immigration Appeals did not decide Adelabu's appeal until after Adelabu filed the instant § 2241 petitions, we dismiss the petitions for review for lack of jurisdiction. *See* 8 U.S.C. § 1252(d)(1); *Barron v. Ashcroft*, 358 F.3d 674, 677–78 (9th Cir.2004).

**DISMISSED.**

---

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

